**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **DW Trim, Inc.** |
| 2. | All other names debtor used in the last 8 years <br> Include any assumed names, trade names and *doing business as* names | **DW Door & Trim** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **26-3208655** |

| | | | |
|---|---|---|---|
| 4. | Debtor's address | Principal place of business | Mailing address, if different from principal place of business |
| | | **2211 Business Way** <br> **Riverside, CA 92501** <br> Number, Street, City, State & ZIP Code | _____ <br> P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Riverside** <br> County | Location of principal assets, if different from principal place of business <br> **2211 Business Way Riverside, CA 92501** <br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | **www.dwtrim.com** |

| | | |
|---|---|---|
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor  **DW Trim, Inc.**                                                          Case number (*if known*)_____
              Name

| | |
|---|---|
| **7.** | **Describe debtor's business** |

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

| | |
|---|---|
| **8.** | **Under which chapter of the Bankruptcy Code is the debtor filing?** |

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

| | |
|---|---|
| **9.** | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** |

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

| | |
|---|---|
| **10.** | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** |

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | | Relationship | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number, if known | _____ |

Debtor    **DW Trim, Inc.**                                    Case number (*if known*)
_____
Name

---

**11. Why is the case filed in *this district*?**    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                                                       Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency    _____
          Contact name         _____
          Phone                _____

---

### █ Statistical and administrative information

**13. Debtor's estimation of available funds**    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | **DW Trim, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 15, 2021**
MM / DD / YYYY

X **/s/ Christopher S. De Mint**                    **Christopher S. De Mint**
Signature of authorized representative of debtor      Printed name

Title    **President**

**18. Signature of attorney**

X **/s/ Steven R. Fox**                    Date **February 15, 2021**
Signature of attorney for debtor                    MM / DD / YYYY

**Steven R. Fox 138808 The Fox Law Corporation, Inc.**
Printed name

**The Fox Law Corporation, Inc.**
Firm name

**17835 Ventura Blvd.**
**Suite 306**
**Encino, CA 91316**
Number, Street, City, State & ZIP Code

Contact phone    **(818) 774-3545**    Email address    **srfox@foxlaw.com**

**138808 CA**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **DW Trim, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | **Declaration and signature** |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■    *Schedule H: Codebtors* (Official Form 206H)

■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    Amended *Schedule*

■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

■    Other document that requires a declaration    **Corporate Resolution**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 15, 2021**        *X* **/s/ Christopher S. De Mint**
                                              Signature of individual signing on behalf of debtor

                                              **Christopher S. De Mint**
                                              Printed name

                                              **President**
                                              Position or relationship to debtor

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **DW Trim, Inc.** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Building Supply (ABS) d/b/a Jeld-Win 8360 Elder Creek Rd., Sacramento, CA 95828 | | Jobsite material supplier. | | | | $60,089.14 |
| American Building Supply, Inc. 8360 Elder Creek Rd., Sacramento, CA 95828 | | Supplier; two party checks. | | | | $19,098.16 |
| Anderco 540 Airpark Dr. Fullerton, CA 92833 | | Material vendor. Open account. | | | | $34,049.01 |
| Anderco 540 Airpark Dr. Fullerton, CA 92833 | | Material vendor, joint checks account. | | | | $180,397.29 |
| Bank of America 3650 14th St. Riverside, CA 92501 | | PPP Loan | | | | $275,000.00 |
| Bank of America 100 North Tyron St., Charlotte, NC 28255 | | credit card | | | | $50,841.38 |
| Bank of America 100 North Tyron St., Charlotte, NC 28255 | | credit card | | | | $26,902.32 |
| Bank of America 100 North Tyron St., Charlotte, NC 28255 | | credit card | | | | $22,142.44 |
| Banner Solutions 1641 S. Sunkist St., Anaheim, CA 92806 | | Material supplier | | | | $36,734.31 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

| Debtor | DW Trim, Inc. | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Core Property Management, Inc 6621 W. Pacific Coast Hwy. Ste 280 Long Beach, CA 90803 | | Lessor of Business Way properties; liability under leases. | | | | $174,831.00 |
| Doug Willis 4583 University Ave. Riverside, CA 92501 | | Stock buyout. | | | | $44,000.00 |
| DW Trim 401(k) 2211 Business Way Riverside, CA 92501 | | Employer portion 401(k) contributions | | | | $18,657.59 |
| EL & EL 6011 Schaefer Ave., Chino, CA 91710 | | Supplier, joint checks. | | | | $52,880.55 |
| EL & EL Wood Products 6011 Schaefer Ave., Chino, CA 91710 | | Material supplier | | | | $50,642.98 |
| Huttig Building Products 555 Maryville University Dr. Ste 400, Saint Louis, MO 63141 | | Materials vendor | | | | $37,994.94 |
| Kelleher Corporation 1543 Fifth Ave., San Rafael, CA 94901 | | Material vendor | | | | $17,747.69 |
| LEAF 2005 Market St. 14th Fl., Philadelphia, PA 19103 | | Xerox printer lease | | | | $45,700.60 |
| So Cal Weatherstrip, Inc. 330 N Sherman Ave. Ste 104, Corona, CA 92882 | | Subcontractor | | | | $28,748.00 |
| TM Cobb 500 Palmyrita Ave. Riverside, CA 92507 | | Material supplier, joint checks. | | | | $128,039.14 |
| Top Notch Distributors 80 4th St., Honesdale, PA 18431 | | Materials supplier | | | | $26,640.04 |

# United States Bankruptcy Court
## Central District of California

In re __DW Trim, Inc.__                                          Case No. _____

                                    Debtor(s)        Chapter __11__

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Christopher De Mint<br>2211 Business Way<br>Riverside, CA 92501** | | **1000** | **common stock** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **February 15, 2021** _____        Signature  **/s/ Christopher S. De Mint**
                                                            **Christopher S. De Mint**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**Christopher S. De Mint, chapter 7, case no 6:10-bk-24343-EC, filed 05/11/2010, Debtor Discharged 09/02/2010. Case closed.**

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**Christopher S. De Mint, chapter 7, case no 6:10-bk-24343-EC, filed 05/11/2010, Debtor Discharged 09/02/2010. Case closed.**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at   **Queen Creek, Arizona**                , California.

Date:   **February 15, 2021**

**/s/ Christopher S. De Mint**

**Christopher S. De Mint**
Signature of Debtor 1

Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2018*                    *Page 1*            **F 1015-2.1.STMT.RELATED.CASES**

**Fill in this information to identify the case:**

Debtor name    **DW Trim, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.    **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*............................................................................................    $         **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*........................................................................................    $     **2,332,771.55**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*..........................................................................................    $     **2,332,771.55**

| Part 2: | Summary of Liabilities |
|---|---|

2.    **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $     **399,420.97**

3.    **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................    $         **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................    +$     **1,408,895.90**

4.    **Total liabilities** ........................................................................................................
    Lines 2 + 3a + 3b    $     **1,808,316.87**

**Fill in this information to identify the case:**

Debtor name     **DW Trim, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |
| 2. **Cash on hand** | **$1,096.03** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **U.S. Bank, 2811 S. Market St., Ste 103, Gilbert, AZ 85295, Balance as of Friday, February 5, 2021.** | **Business Checking** | **2487** | **$100.00** |
| 3.2. | **U.S. Bank, 2811 S. Market St., Ste 103, Gilbert, AZ 85295. Balance as of Friday, February 5, 2021.** | **Savings** | **4888** | **$95.00** |
| 3.3. | **Bank of America, P.O. Box 25118, Tampa, FL 33622-5118. Balance as of Friday, February 5, 2021.** | **Business Checking** | **0486** | **$194,459.29** |
| 3.4. | **Bank of America, P.O. Box 25118, Tampa, FL 33622-5118. Balance as of February 5, 2021.** | **Savings** | **0488** | **$29.03** |

4. **Other cash equivalents** *(Identify all)*

| | | | |
| --- | --- | --- | --- |
| 4.1. | **Checks to deposit** | | **$129,000.00** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **DW Trim, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| 4.2. | **Work In Progress - See Attached List.** | **$1,198,998.75** |
|---|---|---|

| 5. | **Total of Part 1.** | **$1,523,778.10** |
|---|---|---|
| | Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | |

**Part 2:**   **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1. | **Office leases deposit for 2209-2213 Business Way, Riverside, CA 92501.** | **$5,779.45** |
|---|---|---|

| 7.2. | **Deposit for lease 2205-2207 Business Way, Riverside, CA 92501.** | **$2,312.00** |
|---|---|---|

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| 9. | **Total of Part 2.** | **$8,091.45** |
|---|---|---|
| | Add lines 7 through 8. Copy the total to line 81. | |

**Part 3:**   **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

| | | face amount | | doubtful or uncollectible accounts | | |
|---|---|---|---|---|---|---|
| 11a. 90 days old or less: | | 588,228.02 | - | 0.00 | = .... | **$588,228.02** |
| 11a. 90 days old or less: | | 25,448.13 | - | 0.00 | = .... | **$25,448.13** |
| 11a. 90 days old or less: | | 40,000.00 | - | 0.00 | = .... | **$40,000.00** |
| 11b. Over 90 days old: | | 28,100.71 | - | 0.00 | =.... | **$28,100.71** |

| 12. | **Total of Part 3.** | **$681,776.86** |
|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **DW Trim, Inc.** | Case number *(If known)* |
|---|---|---|
| | Name | |

---

<span style="background:black;color:white">Part 4:</span>    **Investments**

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
☑ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** | | |
| | Name of entity: | % of ownership | |
| 15.1. | **Generations Handcrafted, LLC. Pass through S corp. Not profitable. In process of shutting down its business.** | **50** % | $0.00 |

| 16. | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**<br>Describe: | | |
|---|---|---|---|

| 17. | **Total of Part 4.**<br>Add lines 14 through 16.  Copy the total to line 83. | | $0.00 |
|---|---|---|---|

<span style="background:black;color:white">Part 5:</span>    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials**<br>**Estimated inventory based on visual inspection of inventory at business address. Values estimated by Chris De Mint. Inventory turns over on a regular basis. - See Attached list.** | | $0.00 | | $70,375.00 |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies**<br>**Miscellaneous inventory products in Temecula storage.** | | $0.00 | Cost | $5,000.00 |

| 23. | **Total of Part 5.**<br>Add lines 19 through 22.  Copy the total to line 84. | | $75,375.00 |
|---|---|---|---|

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **DW Trim, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>**Office furniture, computers, small appliances, printers, file cabinets, office supplies. See Attached List.** | $0.00 | Quick sale | $4,510.00 |
| 40. **Office fixtures**<br>**Leasehold improvements.** | $0.00 | | $6,210.14 |
| **Shelving** | $0.00 | Cost | $100.00 |

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | $10,820.14 |
|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com              Best Case Bankruptcy

| Debtor | **DW Trim, Inc.** | Case number *(If known)* |
|--------|-------------------|--------------------------|
| | Name | |

<br>

| Part 8: | **Machinery, equipment, and vehicles** |
|---------|------------------------------------------|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | |
| 47.1.  **2012 Isuzu Truck** | **$0.00** | **kbb** | **$14,000.00** |
| **48.** | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | |
| **49.** | **Aircraft and accessories** | | |
| **50.** | **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)** | | |
| **Machinery & Equipment - See Attached List.** | **$0.00** | | **$18,930.00** |

**51.**  **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| | |
|---|---|
| | **$32,930.00** |

**52.**  **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

**53.**  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 9: | **Real property** |
|---------|-------------------|

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

**55.**  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor<br>Parcel Number (APN), and type<br>of property (for example,<br>acreage, factory, warehouse,<br>apartment or office building, if<br>available. | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1.  **2209-2213 Business<br>Way, Riverside, CA<br>92501** | **Lessee** | **$0.00** | | **$0.00** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor    **DW Trim, Inc.**                                    Case number *(If known)* _____
_____
Name

| 55.2. | **2205-2207 Business Way, Riverside, CA 92501** | **Lessee** | **$0.00** | **$0.00** |
|---|---|---|---|---|

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| **$0.00** |
|---|

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** www.DWTrim.com | **$0.00** | | **$0.00** |
| 62. **Licenses, franchises, and royalties** **Business licenses for several cities and Riverside county.** | **$0.00** | | **$0.00** |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| **$0.00** |
|---|

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **DW Trim, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.

■ Yes Fill in the information below.

|  | | | | Current value of debtor's interest |
|---|---|---|---|---|

| 71. | **Notes receivable** | | | |
|---|---|---|---|---|
| | Description (include name of obligor) | | | |
| | **An employee was loaned $600.00 in 2020. No documents, not an insider. Loan not repaid.** | 0.00 - | 0.00 = | |
| | | Total face amount | doubtful or uncollectible amount | |
| | | | | **$0.00** |

| 72. | **Tax refunds and unused net operating losses (NOLs)** | |
|---|---|---|
| | Description (for example, federal, state, local) | |

| 73. | **Interests in insurance policies or annuities** | |
|---|---|---|
| | **Key man Term life insurance policy on Chris DeMint** | **$0.00** |
| | **Key man Term life insurance policy on Douglas Willis.** | **$0.00** |

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.** | **$0.00**

Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No

☐ Yes

Debtor    **DW Trim, Inc.**
_____    Case number _(If known)_ _____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** _Copy line 5, Part 1_ | $1,523,778.10 | |
| 81. **Deposits and prepayments.** _Copy line 9, Part 2._ | $8,091.45 | |
| 82. **Accounts receivable.** _Copy line 12, Part 3._ | $681,776.86 | |
| 83. **Investments.** _Copy line 17, Part 4._ | $0.00 | |
| 84. **Inventory.** _Copy line 23, Part 5._ | $75,375.00 | |
| 85. **Farming and fishing-related assets.** _Copy line 33, Part 6._ | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** _Copy line 43, Part 7._ | $10,820.14 | |
| 87. **Machinery, equipment, and vehicles.** _Copy line 51, Part 8._ | $32,930.00 | |
| 88. **Real property.** _Copy line 56, Part 9_......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** _Copy line 66, Part 10._ | $0.00 | |
| 90. **All other assets.** _Copy line 78, Part 11._ + | $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,332,771.55 + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,332,771.55 |

**Fill in this information to identify the case:**

Debtor name __**DW Trim, Inc.**__

United States Bankruptcy Court for the: __CENTRAL DISTRICT OF CALIFORNIA__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

| 2.1 | **Ally Financial** | Describe debtor's property that is subject to a lien | $9,961.93 | $14,000.00 |
|---|---|---|---|---|

Creditor's Name

**500 Woodward Ave.
Detroit, MI 48226**

Creditor's mailing address

Creditor's email address, if known

Describe debtor's property that is subject to a lien
**2012 Isuzu Truck**

Describe the lien
**Purchase Money Security**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred
2017
Last 4 digits of account number
4788**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 | **Fox Capital Group, LLC** | Describe debtor's property that is subject to a lien | $41,603.25 | $588,228.02 |
|---|---|---|---|---|

Creditor's Name

**140 Broadway
New York, NY 10005**

Creditor's mailing address

Creditor's email address, if known

Describe debtor's property that is subject to a lien
**Various assets, likely including money and receivables.**

Describe the lien
**Hard money loan**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred
8/27/2020
Last 4 digits of account number
5CCD**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | DW Trim, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.3 | **IOU Central, Inc.** | Describe debtor's property that is subject to a lien | $197,955.79 | $588,228.02 |
|---|---|---|---|---|
| | Creditor's Name | **Various assets, likely including money and receivables.** | | |

**600 TownPark Drive, Suite 100**
**Kennesaw, GA 30144**
Creditor's mailing address

Describe the lien
**Hard money loan**
Is the creditor an insider or related party?

☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**8/28/2020**
Last 4 digits of account number
**9601**
Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.4 | **U.S. Small Business Administration** | Describe debtor's property that is subject to a lien | $149,900.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **EIDL Loan Agreement** | | |

**Office of Disaster**
**14925 Kingsport Rd.**
**Fort Worth, TX 76155**
Creditor's mailing address

Describe the lien
**Non-Purchase Money Security**
Is the creditor an insider or related party?

☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**5/21/2020**
Last 4 digits of account number
**7808**
Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $399,420.97 |
|---|---|---|

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 3

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor  **DW Trim, Inc.**
_____
Name

Case number (*if known*) _____

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Ally Financial**<br>**PO Box 9001951v**<br>**Louisville, KY 40290-1951** | Line  **2.1** | **4788** |
| **Elan S. Levey, Assist U.S. Attorney**<br>**United States Attorney's Office CDC**<br>**300 N. Los Angeles St.**<br>**Fed. Bldg., Rm. 7516**<br>**Los Angeles, CA 90012** | Line  **2.4** | **7808** |
| **Jeffrey Zachter**<br>**Zachter PLLC**<br>**30 Wall St., 8th Floor**<br>**New York, NY 10005** | Line  **2.2** | **5CCD** |
| **Small Business Administration**<br>**Office of General Counsel**<br>**312 N. Spring St., 5th Fl.**<br>**Los Angeles, CA 90012** | Line  **2.4** | **7808** |
| **U.S. Small Business Administration**<br>**Region IX**<br>**330 N. Brand Blvd., Ste 1200**<br>**Glendale, CA 91203** | Line  **2.4** | **7808** |

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 3 of 3

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **DW Trim, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims           12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**County of Riverside Tax Collector**<br>**4080 Lemon St.**<br>**Riverside, CA 92501** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| Date or dates debt was incurred | Basis for the claim:<br>**For notice purposes.** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**Franchise Tax Board**<br>**Bankruptcy, PIT MS A340**<br>**P.O. Box 2952**<br>**Sacramento, CA 95812** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| Debtor | DW Trim, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Internal Revenue Service**
**Centralized Insolvency Operation**
**P.O. Box 21126**
**Philadelphia, PA 19114**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.   **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,296.53 |
|---|---|---|---|

**3-D Fasteners**
**2384 Pacer Dr**
**Norco, CA 92860**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/2020

Basis for the claim:  **Fastener supplier**

Last 4 digits of account number  W001

Is the claim subject to offset?  ☒ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $750.00 |
|---|---|---|---|

**ABSS, Inc.**
**P.O. Box 5269**
**Riverside, CA 92517**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/29/2020

Basis for the claim:  **Cloud storage**

Last 4 digits of account number  0365

Is the claim subject to offset?  ☒ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $60,089.14 |
|---|---|---|---|

**American Building Supply (ABS)**
**d/b/a Jeld-Win**
**8360 Elder Creek Rd.,**
**Sacramento, CA 95828**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/5/2021-2/1/2021

Basis for the claim:  **Jobsite material supplier.**

Last 4 digits of account number  8910

Is the claim subject to offset?  ☒ No  ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,098.16 |
|---|---|---|---|

**American Building Supply, Inc.**
**8360 Elder Creek Rd.,**
**Sacramento, CA 95828**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/26/2020-2/1/2021

Basis for the claim:  **Supplier; two party checks.**

Last 4 digits of account number  0001

Is the claim subject to offset?  ☒ No  ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $34,049.01 |
|---|---|---|---|

**Anderco**
**540 Airpark Dr.**
**Fullerton, CA 92833**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/11/2020-2/1/2021

Basis for the claim:  **Material vendor. Open account.**

Last 4 digits of account number  0800

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| Debtor | DW Trim, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$180,397.29** |
|---|---|---|---|

**Anderco**
**540 Airpark Dr.**
**Fullerton, CA 92833**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/11/2020-2/1/2021

Basis for the claim:  **Material vendor, joint checks account.**

Last 4 digits of account number  **multiple accounts.**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$275.30** |
|---|---|---|---|

**Arthur Cox & Sons**
**4655 Zinfandel Crt., Ste D**
**Ontario, CA 91761**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$22,142.44** |
|---|---|---|---|

**Bank of America**
**100 North Tyron St.,**
**Charlotte, NC 28255**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  Date last used:

Basis for the claim:  **credit card**

Last 4 digits of account number  **2775**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$26,902.32** |
|---|---|---|---|

**Bank of America**
**100 North Tyron St.,**
**Charlotte, NC 28255**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **credit card**

Last 4 digits of account number  **2935**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$50,841.38** |
|---|---|---|---|

**Bank of America**
**100 North Tyron St.,**
**Charlotte, NC 28255**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  Date Last Used:

Basis for the claim:  **credit card**

Last 4 digits of account number  **3355**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,000.00** |
|---|---|---|---|

**Bank of America**
**3650 14th St.**
**Riverside, CA 92501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  April, 2020

Basis for the claim:  **PPP Loan, not sure if forgiven**

Last 4 digits of account number  **0324**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$275,000.00** |
|---|---|---|---|

**Bank of America**
**3650 14th St.**
**Riverside, CA 92501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  January, 2021

Basis for the claim:  **PPP Loan**

Last 4 digits of account number  **0319**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | DW Trim, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36,734.31 |
|---|---|---|---|

**Banner Solutions**
**1641 S. Sunkist St.,**
**Anaheim, CA 92806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/2020**

Basis for the claim:  **Material supplier**

Last 4 digits of account number  **5416**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,124.72 |
|---|---|---|---|

**Capital Premium Financing, Inc.**
**12235 South 800 East**
**Draper, UT 84020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/30/2020**

Basis for the claim:  _

Last 4 digits of account number  **30GL**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,000.00 |
|---|---|---|---|

**Christopher De Mint**
**2211 Business Way**
**Riverside, CA 92501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Spring, 2020**

Basis for the claim:  **Loan**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $71.06 |
|---|---|---|---|

**Copper Creek Hardware, Inc.**
**25859 Jefferson Ave.,**
**Murrieta, CA 92562**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/2020**

Basis for the claim:  **Material supplier**

Last 4 digits of account number  **1092**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $174,831.00 |
|---|---|---|---|

**Core Property Management, Inc**
**6621 W. Pacific Coast Hwy. Ste 280**
**Long Beach, CA 90803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020 (Lease Renewal)**

Basis for the claim:  **Lessor of Business Way properties; liability under leases.**

Last 4 digits of account number  **BWay**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $44,000.00 |
|---|---|---|---|

**Doug Willis**
**4583 University Ave.**
**Riverside, CA 92501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Basis for the claim:  **Stock buyout.**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,657.59 |
|---|---|---|---|

**DW Trim 401(k)**
**2211 Business Way**
**Riverside, CA 92501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Basis for the claim:  **Employer portion 401(k) contributions**

Last 4 digits of account number  **8655**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | DW Trim, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$8,000.00** |
|---|---|---|---|

**DW Trim 401(k)**
**2211 Business Way**
**Riverside, CA 92501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Last 4 digits of account number  **8655**

**Basis for the claim:**  **Employer portion 401(k) contributions is estimated**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$52,880.55** |
|---|---|---|---|

**EL & EL**
**6011 Schaefer Ave.,**
**Chino, CA 91710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/11/2020-1/22/2021**

Last 4 digits of account number  **Multiple**

**Basis for the claim:**  **Supplier, joint checks.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50,642.98** |
|---|---|---|---|

**EL & EL Wood Products**
**6011 Schaefer Ave.,**
**Chino, CA 91710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/2020**

Last 4 digits of account number  **_**

**Basis for the claim:**  **Material supplier**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$37,994.94** |
|---|---|---|---|

**Huttig Building Products**
**555 Maryville University Dr.**
**Ste 400,**
**Saint Louis, MO 63141**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/28/2020**

Last 4 digits of account number  **_**

**Basis for the claim:**  **Materials vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$163.09** |
|---|---|---|---|

**Image Source**
**L-4039**
**Columbus, OH 43260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **_**

Last 4 digits of account number  **_**

**Basis for the claim:**  **Ink and service for copier maintenance contract?**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$17,747.69** |
|---|---|---|---|

**Kelleher Corporation**
**1543 Fifth Ave.,**
**San Rafael, CA 94901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/12/2020**

Last 4 digits of account number  **_**

**Basis for the claim:**  **Material vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,158.61** |
|---|---|---|---|

**L.J. Smith Stairs Systems, Inc.**
**P.O. Box 775890**
**Chicago, IL 60677-5890**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/11/2021**

Last 4 digits of account number  **0267**

**Basis for the claim:**  **Material vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | DW Trim, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.27** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$45,700.60**

LEAF
2005 Market St. 14th Fl.,
Philadelphia, PA 19103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/2020

Basis for the claim:  Xerox printer lease

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,560.00**

Mark Reyes dba Closet Finish
9576 Feron Blvd., Ste A,
Rancho Cucamonga, CA 91730

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/2/2021

Basis for the claim:  Subcontractor

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.29** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,367.19**

Nystrom, Inc
9300 73rd Ave.,
Minneapolis, MN 55428

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/28/2021

Basis for the claim:  Material supplier

Last 4 digits of account number  4105

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10,268.06**

OrePac Building Products
30170 SW Ore Pac Ave.,
Wilsonville, OR 97070

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/4/2020-1/26/2021

Basis for the claim:  Materials supplier.

Last 4 digits of account number  5775

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.31** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$28,748.00**

So Cal Weatherstrip, Inc.
330 N Sherman Ave. Ste 104,
Corona, CA 92882

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/2020

Basis for the claim:  Subcontractor

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.32** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$462.94**

Teaman, Ramirez & Smith, Inc.
4201 Brockton Ave., Ste 100
Riverside, CA 92501

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019

Basis for the claim:  Accounting services

Last 4 digits of account number  3137

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.33** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,747.37**

TM Cobb
500 Palmyrita Ave.,
Riverside, CA 92507-0009

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  9/2020

Basis for the claim:  Materials supplier

Last 4 digits of account number  8000

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | DW Trim, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $128,039.14 |
|---|---|---|---|

**TM Cobb**
**500 Palmyrita Ave.**
**Riverside, CA 92507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __10/28/2020-1/28/2021__

Basis for the claim: __Material supplier, joint checks.__

Last 4 digits of account number __Multiple Accts__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,640.04 |
|---|---|---|---|

**Top Notch Distributors**
**80 4th St.,**
**Honesdale, PA 18431**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __12/2020__

Basis for the claim: __Materials supplier__

Last 4 digits of account number __3935__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,514.45 |
|---|---|---|---|

**Weber Plywood & Lumber Co, Inc.**
**15501 Mosher St.,**
**Tustin, CA 92780**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __1/13/2021__

Basis for the claim: __Materials supplier__

Last 4 digits of account number __6492__

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **3-D Fasteners**<br>**909 S. Cucamonga Avenue Suite B111**<br>**Ontario, CA 91761** | Line __3.1__<br>☐ Not listed. Explain ____ | __W001__ |
| 4.2 | **American Building Supply (ABS)**<br>**PO Box 293030**<br>**Sacramento, CA 95829-3030** | Line __3.3__<br>☐ Not listed. Explain ____ | __8910__ |
| 4.3 | **American Building Supply, Inc.**<br>**PO Box 293030**<br>**Sacramento, CA 95829-3030** | Line __3.4__<br>☐ Not listed. Explain ____ | __1O01__ |
| 4.4 | **Bank of America**<br>**3650 14th St**<br>**Riverside, CA 92501** | Line __3.8__<br>☐ Not listed. Explain ____ | __2775__ |
| 4.5 | **Bank of America**<br>**3650 14 St.**<br>**Riverside, CA 92501** | Line __3.9__<br>☐ Not listed. Explain ____ | __2935__ |
| 4.6 | **Bank of America**<br>**3650 14th St.**<br>**Riverside, CA 92501** | Line __3.10__<br>☐ Not listed. Explain ____ | __3355__ |

---

| Debtor | DW Trim, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.7 | **Banner Solutions**<br>PO Box 954589<br>Saint Louis, MO 63195-4589 | Line **3.13**<br>☐ Not listed. Explain ____ | **5416** |
| 4.8 | **Capital Premium Financing, Inc.**<br>PO Box 660232<br>Dallas, TX 75266-0232 | Line **3.14**<br>☐ Not listed. Explain ____ | **30GL** |
| 4.9 | **EL & EL**<br>9129 Remington Avenue<br>Chino, CA 91710 | Line **3.21**<br>☐ Not listed. Explain ____ | **0001** |
| 4.10 | **EL & EL Wood Products**<br>9129 Remington Avenue<br>Chino, CA 91710 | Line **3.22**<br>☐ Not listed. Explain ____ | **multiple accounts** |
| 4.11 | **Frank Rizzo**<br>**Richard James & Associates, Inc.**<br>4317 NE Thurston Way, Ste 270<br>Vancouver, WA 98662 | Line **3.23**<br>☐ Not listed. Explain ____ | _ |
| 4.12 | **Huttig Building Products, Inc.**<br>PO Box 203292<br>Dallas, TX 75320-3292 | Line **3.23**<br>☐ Not listed. Explain ____ | **1004** |
| 4.13 | **Kelleher Corporation**<br>PO Box 92533<br>Los Angeles, CA 90009 | Line **3.25**<br>☐ Not listed. Explain ____ | **4564** |
| 4.14 | **L.J. Smith Stairs Systems, Inc.**<br>35280 Scio Bowerston Rd<br>Bowerston, OH 44695 | Line **3.26**<br>☐ Not listed. Explain ____ | **0267** |
| 4.15 | **LEAF**<br>PO Box 5066<br>Hartford, CT 06102-5066 | Line **3.27**<br>☐ Not listed. Explain ____ | **1002** |
| 4.16 | **Nystrom**<br>PO Box 64048<br>Saint Paul, MN 55164-0017 | Line **3.29**<br>☐ Not listed. Explain ____ | **4105** |
| 4.17 | **OrePac Building Products**<br>PO Box 102292<br>Pasadena, CA 91189-2292 | Line **3.30**<br>☐ Not listed. Explain ____ | **5775** |
| 4.18 | **Top Notch Distributors**<br>P.O. Box 189<br>Honesdale, PA 18431-0189 | Line **3.35**<br>☐ Not listed. Explain ____ | **3935** |

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $                0.00 |

| Debtor | **DW Trim, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| **5b. Total claims from Part 2** | | 5b. | + $ | **1,408,895.90** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | | 5c. | $ | **1,408,895.90** |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **DW Trim, Inc.** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal        Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Standard Industrial/Commercial Multi-Tenant Lease-Gross at 2205-2207 Business Way, Riverside, CA 92501** | |
| | State the term remaining | **until April 30, 2022** | **Business Way Investments AGP c/o Core Management, Inc. 6621 W. Pacific Coast Hwy Ste 280 Long Beach, CA 90803** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Standard Industrial/Commercial Multi-Tenant Lease - Gross at 2209-2213 Business Way, Riverside, CA 92501.** | |
| | State the term remaining | **until April 30, 2023** | **Business Way Investments, AGP c/o Core Property Management, Inc. 6621 W. Pacific Coast Hwy Ste 280 Long Beach, CA 90803** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Xerox printer service and supplies.** | |
| | State the term remaining | **52 months** | **Image Source Print Care 650 E. Hospitality Lane, Ste 500 San Bernardino, CA 92408** |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Xerox WorkCentre 7855 Copy/Print/Scan/Fax/4 Tray/Office Finishser lease** | |
| | State the term remaining | **52 months** | **LEAF 2005 Market St., 14th Fl Philadelphia, PA 19103** |
| | List the contract number of any | | |

| Debtor 1 | **DW Trim, Inc.** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

**Fill in this information to identify the case:**

Debtor name      **DW Trim, Inc.**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  **Christopher De Mint** | **2211 Business Way** **Riverside, CA 92501** | **Core Property Management, Inc** | ☐ D _____ <br> ■ E/F ___3.17___ <br> ☐ G _____ |
| 2.2  **Christopher De Mint** | **2211 Business Way** **Riverside, CA 92501** | **Fox Capital Group, LLC** | ■ D ___2.2___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3  **Christopher De Mint** | **2211 Business Way** **Riverside, CA 92501** | **IOU Central, Inc.** | ■ D ___2.3___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.4  **Christopher De Mint** | **2211 Business Way** **Riverside, CA 92501** | **OrePac Building Products** | ☐ D _____ <br> ■ E/F ___3.30___ <br> ☐ G _____ |
| 2.5  **Christopher De Mint** | **2211 Business Way** **Riverside, CA 92501** | **TM Cobb** | ☐ D _____ <br> ■ E/F ___3.34___ <br> ☐ G _____ |

| Debtor | **DW Trim, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | Christopher De Mint | 2211 Business Way Riverside, CA 92501 | Top Notch Distributors | ☐ D _____ ☑ E/F __3.35__ ☐ G _____ |
| 2.7 | Christopher De Mint | 2211 Business Way Riverside, CA 92501 | Weber Plywood & Lumber Co, Inc. | ☐ D _____ ☑ E/F __3.36__ ☐ G _____ |
| 2.8 | Christopher S De Mint | 2211 Business Way Riverside, CA 92501 | American Building Supply (ABS) | ☐ D _____ ☑ E/F __3.3__ ☐ G _____ |
| 2.9 | Christopher S De Mint | 2211 Business Way Riverside, CA 92501 | Anderco | ☐ D _____ ☑ E/F __3.5__ ☐ G _____ |
| 2.10 | Christopher S De Mint | 2211 Business Way Riverside, CA 92501 | Banner Solutions | ☐ D _____ ☑ E/F __3.13__ ☐ G _____ |
| 2.11 | Christopher S De Mint | 2211 Business Way Riverside, CA 92501 | EL & EL Wood Products | ☐ D _____ ☑ E/F __3.22__ ☐ G _____ |
| 2.12 | Christopher S De Mint | 2211 Business Way Riverside, CA 92501 | Anderco | ☐ D _____ ☑ E/F __3.6__ ☐ G _____ |
| 2.13 | Douglas Willis | 4583 University Ave. Riverside, CA 92501 | Bank of America | ☐ D _____ ☑ E/F __3.8__ ☐ G _____ |

| Debtor | **DW Trim, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.14 | Douglas Willis | 4583 University Ave. Riverside, CA 92501 | Bank of America | ☐ D _____ ■ E/F __3.9__ ☐ G _____ |
| 2.15 | Douglas Willis | 4583 University Ave. Riverside, CA 92501 | Bank of America | ☐ D _____ ■ E/F __3.10__ ☐ G _____ |
| 2.16 | Douglas Willis | 4583 University Ave. Riverside, CA 92501 | American Building Supply (ABS) | ☐ D _____ ■ E/F __3.3__ ☐ G _____ |
| 2.17 | Douglas Willis | 4583 University Ave. Riverside, CA 92501 | Banner Solutions | ☐ D _____ ■ E/F __3.13__ ☐ G _____ |
| 2.18 | Douglas Willis | 4583 University Ave. Riverside, CA 92501 | OrePac Building Products | ☐ D _____ ■ E/F __3.30__ ☐ G _____ |
| 2.19 | Douglas Willis | 4583 University Ave. Riverside, CA 92501 | Weber Plywood & Lumber Co, Inc. | ☐ D _____ ■ E/F __3.36__ ☐ G _____ |
| 2.20 | Christopher De Mint | 2211 Business Way Riverside, CA 92501 | Business Way Investments AGP | ☐ D _____ ☐ E/F _____ ■ G __2.1__ |
| 2.21 | Christopher De Mint | 2211 Business Way Riverside, CA 92501 | Business Way Investments, AGP | ☐ D _____ ☐ E/F _____ ■ G __2.2__ |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Schedule H: Your Codebtors

Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     **DW Trim, Inc.**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy               04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:    Income

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From  **1/01/2021** to **Filing Date** | ☐ Operating a business<br>**2021 P&L, Accrual Basis, Total Income 1/31/21**<br>■ Other | **$560,801.57** |
| **For prior year:** From  **1/01/2020** to **12/31/2020** | ☐ Operating a business<br>**2020 P&L Accrual Basis, Total Income**<br>■ Other | **$4,975,439.60** |
| **For year before that:** From  **1/01/2019** to **12/31/2019** | ☐ Operating a business<br>**2019 P&L, Accrual Basis, Total Income**<br>■ Other | **$5,192,097.47** |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From  **1/01/2021** to **Filing Date** | **Generations Handcrafted, Inc.** | **$0.00** |
| **For prior year:** From  **1/01/2020** to **12/31/2020** | **Generations Handcrafted** | **$6,000.00** |
| **For year before that:** From  **1/01/2019** to **12/31/2019** | **Generations Handcrafted** | **$5,843.83** |

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

| Debtor | **DW Trim, Inc.** | | Case number *(if known)* | |

---

3. **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Employees** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Regular weeks payroll paid to employees approximately $40,000 oer week.** |
| 3.2. **Wayne Greenwald**<br>**475 Park Avenue S., Floor 18**<br>**New York, NY 10016** | **1/2021** | **$5,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Litigation counsel.** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Christopher De Mint**<br>**2211 Business Way**<br>**Riverside, CA 92501**<br>**President** | **weekly** | **$85,956.00** | **2020 Annual Salary** |
| 4.2. **Christopher De Mint**<br>**2211 Business Way**<br>**Riverside, CA 92501**<br>**President** | | **$131,253.65** | **2020 Bonus** |
| 4.3. **West Coast Business Capital, LLC**<br><br>**Guaranteed by insider, Christopher De Mint** | **see attached.** | **$97,547.25** | **Lease payments** |
| 4.4. **TND-Top Notch Distributors, Inc.**<br>**80 4th St.**<br>**Honesdale, PA 18431**<br>**Guaranted by insider, Christopher De Mint** | **see attached** | **$64,950.43** | **Materials supplier** |

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor    **DW Trim, Inc.**                                             Case number *(if known)*

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.5. **TM Cobb**<br>**500 Palmyrita Ave.**<br>**Riverside, CA 92507**<br>**Guaranteed by insider, Christopher De Mint** | **see attached** | **$26,947.38** | **Materials supplier** |
| 4.6. **Sapphire Realty, Inc.**<br>**c/o Core Property Management**<br>**6621 W. Pacific Coast Hwy, Ste 280**<br>**Long Beach, CA 90803**<br>**Guaranteed by insider, Christopher De Mint.** | **see attached** | **$42,917.86** | **Office lease.** |
| 4.7. **Orepac Building Products**<br>**30170 SW Ore Pac Ave.,**<br>**Wilsonville, OR 97070**<br>**Guaranteed by insider, Christopher De Mint** | **see attached** | **$9,322.56** | **Materials supplier** |
| 4.8. **IOU Central, Inc.**<br>**600 TownPark Drive, Suite 140**<br>**Kennesaw, GA 30144**<br>**Guaranteed by insider, Christopher De Mint** | **see attached** | **$138,302.50** | **Materials supplier** |
| 4.9. **Huttig Building Products**<br>**555 Maryville University Dr**<br>**Ste 400**<br>**Saint Louis, MO 63141**<br>**Guaranteed by insider, Christopher De Mint** | **see attached** | **$94,764.60** | **Materials vendor** |
| 4.10 · **Fox Capital Group, LLC**<br>**140 Broadway**<br>**New York, NY 10005**<br>**Guaranteed by insider, Christopher De Mint** | **see attached** | **$47,205.30** | **hard money loan** |
| 4.11 · **Forward Financing LLC**<br>**53 State St., 20th Fl**<br>**Boston, MA 02109**<br>**Guaranteed by insider, Christopher De Mint** | **see attached** | **$66,294.60** | **hard money lender** |
| 4.12 · **EL & EL**<br>**6011 Schaefer Ave.,**<br>**Chino, CA 91710**<br>**Guaranteed by insider, Christopher De Mint** | **see attached** | **$155,482.70** | **Materials supplier** |
| 4.13 · **CORE, Property Management Inc**<br>**6621 W. Pacific Coast Hwy Ste 280**<br>**6621 W. Pacific Coast Hwy Ste 280**<br>**Long Beach, CA 90803**<br>**Guaranteed by insider, Christopher De Mint** | **see attached** | **$13,754.00** | **Lessor of business offices.** |

Debtor    **DW Trim, Inc.**                                            Case number *(if known)*

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.14 · | **Berg** **c/o Banner** **1641 S. Sunkist St.** **Anaheim, CA 92806** **Guaranteed by insider Christopher De Mint** | **see attached** | **$46,953.95** | **Materials supplier** |
| 4.15 · | **Banner Solutions** **1641 S. Sunkist St.** **Anaheim, CA 92806** **Guaranteed by insider Christopher De Mint** | **see attached** | **$44,166.08** | **Materials supplier** |
| 4.16 · | **ABS-American Building Supply** **dba Jeld-Win** **8360 Elder Creek Rd.** **Sacramento, CA 95828** **Guaranteed by insider Christopher De Mint** | **see attached** | **$175,648.80** | **Materials supplier** |

5.  **Repossessions, foreclosures, and returns**
    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **None** | **Exceptions: Returns to supply houses: 1. Damaged or wrong materials upon delivery; 2. Damaged materials discovered after delivery. All returns to supply houses in the ordinary course of business.** | | **$0.00** |

6.  **Setoffs**
    List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
    List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. | **Joseph Albright, et al. v. CalAtlantic Group, Inc. f/k/a Standard Pacific Corp.** | **Construction defect claim. Trenton Square Community in Corona, CA.** | | ■ Pending ☐ On appeal ☐ Concluded |

Debtor    **DW Trim, Inc.**                                        Case number *(if known)* _____

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.2. | **Asiodu, Shachia &<br>Chukwufumnanya et al. v<br>Meritage Homes of California,<br>Inc.<br>Claim No: TXIH19070007-A1** | **Constructioin<br>defect claim.<br>Meritage Homes<br>of California, Inc.** | | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Woodside McSweeny 148,<br>Inc. a Califonria coroprations,<br>vs McSweeny Farms<br>(Sagecrest, Phase 2, Tract No.<br>32717-1)<br>Neighborhood Builder<br>Dispute** | **Dispute<br>Resolution,<br>Covenants and<br>Conditions** | | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Balli, Deon & Gerardo, et al. v.<br>Meritage Homes of California,<br>Inc.** | **Construction<br>defect claim** | | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **Balis, et al. v. Meritage<br>Homes, et l.** | **Construction<br>defects claim.<br>Meridian @<br>Summerly in Lake<br>Elsinore, CA.** | | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **Bressler, Ryan & Haydee, et<br>al. vs Meritage Homes of<br>California, Inc.** | **Construction<br>defect claim.** | | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | **Bunting, Karen v. Meritage<br>Homes of California, Inc.** | **Construction<br>defect claim.** | | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. | **Carlos Valentin v. Woodside<br>McSweeny 148, Inc., et al.** | **Construction<br>defect claim. 3319<br>Lansing Street,<br>Hemet, CA,<br>Sagecrest at<br>McSweeny Farms.** | | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. | **Cimmaron (Tony & Josephine<br>Amigleo) v. Woodside 05S, LP** | **Construction<br>defect claim.<br>Cimmaron<br>development,<br>30480 Gallup<br>Court, Menifee,<br>California** | | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor    **DW Trim, Inc.**                                          Case number *(if known)* _____

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.10. **Cirrus at Esencia (Meritage Homes of California, Inc.)** | **Construction defect claim. Project addresses all on Baliza Road, Rancho Mission Viejo, CA. Lot 5 Baliza (Salamirad; Lot 7 (Cunanan-Murillo) ; Lot: 8 (Polaschek); Lot: 12 (Zap ) ; Lot 16 (Cunan-Murillo); Lot 18 (Polaschek); Lot 21 (Wood); Los 22 (Hensley); Lot 24 (Ramos); Lot 26 (Zap); Lot 31 (McGill) Lot: 50 (Wood);** | | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.11. **Clarke, Michael & Stephanie, et al. v. Meritage Homes of California, Inc.** | **Construction defect claim. River Road Project, 14525, 144489 and 14430 Badger Lane, Corona, CA. ("It does not contain any allegations of property damage resulting from DW Trim's work." Ltr July 16, 2020, form NARS, page 2)** | | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.12. **Crosswhite, et al. v. D.R. Horton Los Angeles Holding Company, Inc. RIC180621** | **Construction defect complaint.** | | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.13. **Crucena Crook, Jason, et al. v. D.R. Horton Los Angeles Holding Company, Inc., et al. RIC1819386** | **Construction defects complaint. Murrieta, CA** | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.14. **Duke, Daniel & Katherine, et al. v. Woodside Homes of California, Inc. RIC1806096** | **Construction defects complaint. Cross-Complaint.** | **Superior Court of California, Riverside 4050 Main St. Riverside, CA 92501** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.15. **Frank Glacobetti et al. v. Toaro Design Build INc., et al. 30-2017-00896730-CU-BC-CJC** | **Constructions defect complaint.** | **Orange County Superior Court 700 Civic Center Dr. West Santa Ana, CA 92701** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor    **DW Trim, Inc.**                                        Case number *(if known)* _____

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.16. | **Galvez, Maria, et al. v. Woodside 05S, LP** | Construction defects complaints. Cross-Complaint. | | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.17. | **Head, Ronald James, et al. v. Woodside P5S, LP, et al.** | Construction defects complaint. Menifee California developments: Cimarron and Reminton, Laredo, Sagecrest I & II, Reflections II, and Traditions II & III. ("Based on our review...there is no evidence of "property damage" ...from DW Trim's ...work. page 2) | | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.18. | **Hernandez, Leo, et al. v. CalAtlantic Group, Inc. f/k/a Standard Pacific Corp.** | Construction defect complaint. Riverwood & Riverstone in Corona (Eastvale), CA 92880 | | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.19. | **Fincher, Jacob, et al. v. MV Homes, LLC RIC1827359** | Construction defects complaint. Eagle and Iris III in Moreno Valley, CA. | **Riverside County Superior Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | . | DW Trim donated approximately $3,000 in labor and materials to help build four small transitional homes. | 2019 | $3,000.00 |
| | **Recipients relationship to debtor**<br>**none** | | | |

Debtor    **DW Trim, Inc.** _____    Case number _(if known)_ _____

---

| **Part 5:** | **Certain Losses** |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B _(Schedule A/B: Assets – Real and Personal Property)_. | Dates of loss | Value of property lost |
|---|---|---|---|
| **None, other than theft from job sites. Tends to be nominal value.** | **No insurance claims made.** | | **$0.00** |

---

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

**11. Payments related to bankruptcy**
   List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **The Fox Law Corporation, Inc.**<br>**17835 Ventura Blvd.**<br>**Suite 306**<br>**Encino, CA 91316** | **Attorney Fees** | **01/06/2021,**<br>**01/15/2021** | **$50,083.00** |
| | **Email or website address**<br>**srfox@foxlaw.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

---

| Debtor | **DW Trim, Inc.** | Case number *(if known)* |
|---|---|---|

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.1. | **Unknown** | **2016 Isuzu truck sold in 2019. The**<br>**payment paid off the lien attached to it.** | **2019** | **$25,000.00** |
| | Relationship to debtor<br>**none** | | | |
| 13.2. | **Unknown** | **Ford Stakebed Truck** | **2019** | **$5,000.00** |
| | Relationship to debtor<br>**none** | | | |

### Part 7:    Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

### Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If  debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|

### Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or**
**profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

      ☐ No Go to Part 10.
      ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **DW Trim Inc 401(k) Plan** | EIN:  **26-3208655** |

Has the plan been terminated?
■ No
☐ Yes

| Debtor | DW Trim, Inc. | Case number *(if known)* | |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Bank of America<br>P.O. Box 25118<br>Tampa, FL 33622-5118 | XXXX-6333 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 12/15/2021 | $74,591.33 |
| 18.2. | Bank of America<br>P.O. Box 25118<br>Tampa, FL 33622-5118 | XXXX-8370 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 12/15/2020 | $89.44 |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| Storage<br>Temecula, CA | Christopher De Mint, Laura Lomeli and Jim Unmacht | Job site materials. 10' x 20' | ☐ No<br>■ Yes |

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Debtor | DW Trim, Inc. | Case number (if known) | |
|---|---|---|---|

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Several Employees | Debtor's offices | Several employees have desks, couches, wall coverings, paintings, etc. in the DW Trim premises. | Unknown |

## Part 12:    Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13:    Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |
| 25.1.  **Generation Handcrafted 2288 Business Way Riverside, CA 92501** | **Finished carpentry, subcontractor, custom homes.** | **EIN:**    82-1579201  **From-To**    2017 - 2021 |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

Debtor    **DW Trim, Inc.**                                          Case number *(if known)*

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Ric Say**<br>**Lucove & Say**<br>**23901 Calabasas Rd., #2085**<br>**Calabasas, CA 91302** | **2020 - current** |
| 26a.2. **Jim Trimble**<br>**Teaman, Ramirez & Smith, Inc.**<br>**4201 Brockton Ave., Ste 100**<br>**Riverside, CA 92501** | **2011-2019** |
| 26a.3. **Ariel McRaven**<br>**Bookkeeper** | **Dec 2020 - current** |
| 26a.4. **Jill Jamison**<br>**bookkeeper** | **2009-current** |
| 26a.5. **Sher Poole**<br>**Bookkeeper** | **2012- current** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Christopher De Mint** | |
| 26c.2. **Ric Say, CPA**<br>**Lucove & Say**<br>**23901 Calabasas Rd. #2085**<br>**Calabasas, CA 91302** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **TM Cobb**<br>**500 Palmyrida Ave.**<br>**Riverside, CA 92507** |
| 26d.2. **Fox Capital Group, LLC**<br>**140 Broadway**<br>**New York, NY 10005** |
| 26d.3. **IOU Central, Inc.**<br>**600 TownPark Drive, Suite 140**<br>**Kennesaw, GA 30144** |
| 26d.4. **Forward Financing LLC**<br>**53 State St., 20th Fl**<br>**Boston, MA 02109** |

Debtor   DW Trim, Inc.                                      Case number (if known) _____

| Name and address |
|---|

| 26d.5. | Western Capital<br>26025 Mureau Rd., Ste 220<br>Calabasas, CA 91302 |
|---|---|
| 26d.6. | Mulligan Funding<br>4619 Viewridge Ave., Unit C<br>San Diego, CA 92123 |
| 26d.7. | Pacific Premier Bank<br>17901 Von Karman Ave., S-1<br>Irvine, CA 92614 |
| 26d.8. | Bank of America<br>P.O. Box 45224<br>Jacksonville, FL 32232-5224 |
| 26d.9. | Small Business Administration<br>Region IX<br>330 N. Brand Blvd., Ste 1200<br>Glendale, CA 91203 |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | | | Debtor does not do inventories. Only inventory 02/2021 for chapter 11 filing. |

| | Name and address of the person who has possession of inventory records |
|---|---|
| | Christopher De Mint |

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Christopher De Mint | 2211 Business Way<br>Riverside, CA 92501 | President | 100% |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

## 30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

Debtor    DW Trim, Inc.                                                                    Case number *(if known)*

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Christopher De Mint**<br>**22858 S. 229th Way**<br>**Queen Creek, AZ 85142** | **$85,956.00** | | **Annual Salary, paid weekly** |
| | **Relationship to debtor**<br>**President** | | | |
| 30.2. | **Christopher De Mint**<br>**22858 S. 229th Way**<br>**Queen Creek, AZ 85142** | **$131,253.65 draws** | | |
| | **Relationship to debtor**<br>**President** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 15, 2021**

**/s/ Christopher S. De Mint**                              **Christopher S. De Mint**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **President**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Central District of California

In re __DW Trim, Inc.__

Debtor(s)

Case No. _____

Chapter __11__

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
     compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
     be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

     For legal services, I have agreed to accept ............................................ $          50,083.00

     Prior to the filing of this statement I have received ............................. $          50,083.00

     Balance Due ............................................................................................ $                0.00

2.   $__1,717.00__ of the filing fee has been paid.

3.   The source of the compensation paid to me was:

     ■ Debtor       ☐ Other (specify):

4.   The source of compensation to be paid to me is:

     ■ Debtor       ☐ Other (specify):

5.   ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
        copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
     e.   [Other provisions as needed]

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

__February 15, 2021__

*Date*

/s/ Steven R. Fox

**Steven R. Fox 138808 The Fox Law Corporation, Inc.**
*Signature of Attorney*
**The Fox Law Corporation, Inc.**
**17835 Ventura Blvd.**
**Suite 306**
**Encino, CA 91316**
**(818) 774-3545   Fax: (818) 774-3707**
**srfox@foxlaw.com**
*Name of law firm*

---

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Steven R. Fox 138808 The Fox Law Corporation, Inc.**<br>**17835 Ventura Blvd.**<br>**Suite 306**<br>**Encino, CA 91316**<br>**(818) 774-3545 Fax: (818) 774-3707**<br>California State Bar Number: **138808 CA**<br>**srfox@foxlaw.com** | |

☐  *Debtor(s) appearing without an attorney*

■  *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

      **DW Trim, Inc.**

                        Debtor(s).

CASE NO.:

CHAPTER: **11**

### VERIFICATION OF MASTER
### MAILING LIST OF CREDITORS

### [LBR 1007-1(a)]

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __8__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: __February 15, 2021__

__/s/ Christopher S. De Mint__
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: __February 15, 2021__

__/s/ Steven R. Fox__
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                    **F 1007-1.MAILING.LIST.VERIFICATION**

DW Trim, Inc.
2211 Business Way
Riverside, CA 92501


Steven R. Fox
The Fox Law Corporation, Inc.
17835 Ventura Blvd.
Suite 306
Encino, CA 91316


3-D Fasteners
2384 Pacer Dr
Norco, CA 92860


3-D Fasteners
909 S. Cucamonga Avenue Suite B111
Ontario, CA 91761


ABSS, Inc.
P.O. Box 5269
Riverside, CA 92517


Ally Financial
500 Woodward Ave.
Detroit, MI 48226


Ally Financial
PO Box 9001951v
Louisville, KY 40290-1951


American Building Supply (ABS)
d/b/a Jeld-Win
8360 Elder Creek Rd.,
Sacramento, CA 95828

American Building Supply (ABS)
PO Box 293030
Sacramento, CA 95829-3030


American Building Supply, Inc.
8360 Elder Creek Rd.,
Sacramento, CA 95828


American Building Supply, Inc.
PO Box 293030
Sacramento, CA 95829-3030


Anderco
540 Airpark Dr.
Fullerton, CA 92833


Arthur Cox & Sons
4655 Zinfandel Crt., Ste D
Ontario, CA 91761


Bank of America
100 North Tyron St.,
Charlotte, NC 28255


Bank of America
3650 14th St.
Riverside, CA 92501


Banner Solutions
1641 S. Sunkist St.,
Anaheim, CA 92806

Banner Solutions
PO Box 954589
Saint Louis, MO 63195-4589


Business Way Investments AGP
c/o Core Management, Inc.
6621 W. Pacific Coast Hwy Ste 280
Long Beach, CA 90803


Business Way Investments, AGP
c/o Core Property Management, Inc.
6621 W. Pacific Coast Hwy Ste 280
Long Beach, CA 90803


Capital Premium Financing, Inc.
12235 South 800 East
Draper, UT 84020


Capital Premium Financing, Inc.
PO Box 660232
Dallas, TX 75266-0232


Christopher De Mint
2211 Business Way
Riverside, CA 92501


Copper Creek Hardware, Inc.
25859 Jefferson Ave.,
Murrieta, CA 92562

Core Property Management, Inc
6621 W. Pacific Coast Hwy. Ste 280
Long Beach, CA 90803


County of Riverside Tax Collector
4080 Lemon St.
Riverside, CA 92501


Douglas Willis 4583
University Ave.
Riverside, CA 92501


DW Trim 401(k) 2211
Business Way
Riverside, CA 92501


EL & EL
6011 Schaefer Ave.,
Chino, CA 91710


EL & EL
9129 Remington Avenue
Chino, CA 91710


EL & EL Wood Products
6011 Schaefer Ave.,
Chino, CA 91710

EL & EL Wood Products
9129 Remington Avenue
Chino, CA 91710


Elan S. Levey, Assist U.S. Attorney
United States Attorney's Office CDC
300 N. Los Angeles St.
Fed. Bldg., Rm. 7516
Los Angeles, CA 90012


Fox Capital Group, LLC
140 Broadway
New York, NY 10005


Franchise Tax Board
Bankruptcy, PIT MS A340
P.O. Box 2952
Sacramento, CA 95812


Frank Rizzo
Richard James & Associates, Inc.
4317 NE Thurston Way, Ste 270
Vancouver, WA 98662


Huttig Building Products
555 Maryville University Dr.
Ste 400,
Saint Louis, MO 63141


Huttig Building Products, Inc.
PO Box 203292
Dallas, TX 75320-3292


Image Source
L-4039
Columbus, OH 43260

Image Source Print Care
650 E. Hospitality Lane, Ste 500
San Bernardino, CA 92408


Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 21126
Philadelphia, PA 19114


IOU Central, Inc.
600 TownPark Drive, Suite 100
Kennesaw, GA 30144


Jeffrey Zachter
Zachter PLLC
30 Wall St., 8th Floor
New York, NY 10005


Kelleher Corporation
1543 Fifth Ave.,
San Rafael, CA 94901


Kelleher Corporation
PO Box 92533
Los Angeles, CA 90009


L.J. Smith Stairs Systems, Inc.
P.O. Box 775890
Chicago, IL 60677-5890


L.J. Smith Stairs Systems, Inc.
35280 Scio Bowerston Rd
Bowerston, OH 44695

```
LEAF
PO Box 5066
Hartford, CT 06102-5066


LEAF
2005 Market St., 14th Fl
Philadelphia, PA 19103


Mark Reyes dba Closet Finish
9576 Feron Blvd., Ste A,
Rancho Cucamonga, CA 91730


Nystrom
PO Box 64048
Saint Paul, MN 55164-0017


Nystrom, Inc
9300 73rd Ave.,
Minneapolis, MN 55428


OrePac Building Products
30170 SW Ore Pac Ave.,
Wilsonville, OR 97070


OrePac Building Products
PO Box 102292
Pasadena, CA 91189-2292


Small Business Administration
Office of General Counsel
312 N. Spring St., 5th Fl.
Los Angeles, CA 90012
```

So Cal Weatherstrip, Inc.
330 N Sherman Ave. Ste 104,
Corona, CA 92882


Teaman, Ramirez & Smith, Inc.
4201 Brockton Ave., Ste 100
Riverside, CA 92501


TM Cobb
500 Palmyrita Ave.
Riverside, CA 92507


Top Notch Distributors
80 4th St.,
Honesdale, PA 18431


Top Notch Distributors
P.O. Box 189
Honesdale, PA 18431-0189


U.S. Small Business Administration
Office of Disaster
14925 Kingsport Rd.
Fort Worth, TX 76155


U.S. Small Business Administration
Region IX
330 N. Brand Blvd., Ste 1200
Glendale, CA 91203


Weber Plywood & Lumber Co, Inc.
15501 Mosher St.,
Tustin, CA 92780

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Steven R. Fox 138808 The Fox Law Corporation, Inc.**<br>**17835 Ventura Blvd.**<br>**Suite 306**<br>**Encino, CA 91316**<br>**(818) 774-3545 Fax: (818) 774-3707**<br>California State Bar Number: **138808 CA**<br>**srfox@foxlaw.com** | |

■ *Attorney for:*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>   **DW Trim, Inc.**<br><br>                                   Debtor(s),<br><br>                                   Plaintiff(s),<br><br><br><br><br>                                   Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:   **11**<br><br>## CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4<br><br>[No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, <u>   **Steven R. Fox 138808 The Fox Law Corporation, Inc.**   </u> , the undersigned in the above-captioned case, hereby declare
           *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

_____
This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                          **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.　　I have personal knowledge of the matters set forth in this Statement because:

☐ I am the president or other officer or an authorized agent of the Debtor corporation
☐ I am a party to an adversary proceeding
☐ I am a party to a contested matter
■ I am the attorney for the Debtor corporation

2.a.　☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:
　　　*[For additional names, attach an addendum to this form.]*

b.　■ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

**February 15, 2021**

Date

By: **/s/ Steven R. Fox**

Signature of Debtor, or attorney for Debtor

Name: **Steven R. Fox 138808 The Fox Law Corporation, Inc.**

Printed name of Debtor, or attorney for Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012　　　　　　　　　　　　　　　　　　　　　　**F 1007-4.CORP.OWNERSHIP.STMT**